FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 11  AM 9: 30

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES SCHWARTZ, JR., § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> CHUBB & SONS, INC., et al., § <br> § <br> Defendants. § | Civil Action No. <br> 2:05-CV-6886-SAF-JK <br> Section: N |

**ORDER**

Plaintiff Charles Schwartz, Jr. ("Judge Schwartz") moves to remand this case to state court based on lack of complete diversity of citizenship. The case was removed based on improper joinder. In a companion case decided today, the court holds based on facts that are virtually identical to those of the instant case that defendants have failed to carry their heavy burden of demonstrating that Judge Schwartz's joinder of defendant Eagan Insurance Agency, Inc. was improper. *See Schwartz v. Chubb & Sons, Inc.*, No. 2:05-CV-6885-SAF-JK, slip op. at 14 (E.D. La. Apr. 11, 2006) (Fitzwater, J.). Judge Schwartz's motion to remand the case is granted. His motion for attorney's fees is denied for the reasons explained in the companion opinion. *See id.*

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

The court concludes that it lacks subject matter jurisdiction and, pursuant to 28 U.S.C. § 1447(c), remands this case to the 24th Judicial District Court for the Parish of Jefferson, Louisiana. The clerk of court shall effect the remand in accordance with the usual procedure.

**SO ORDERED.**

April 11, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE